■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD CARMACK, Appellant, v DAVID M. UNGERER, as Superintendent of Orleans Correctional Facility, Respondent. [816 NYS2d 397]— Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James P. Punch, A.J.), entered March 4, 2005 in a proceeding pursuant to CPLR article 70. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.